## M. T. Shepherd v. S. S. Wood.

JUDGMENTS BY CONFESSION—*Governed by Preceding Cases.*

**Motion to Vacate a Judgment.** Appeal from the Circuit Court of Moultrie County; the Hon. EDWARD P. VAIL, Judge, presiding. Heard in this court at the November term, 1897. Reversed and remanded with directions. Opinion filed February 9, 1898.

JOHN R. & WALTER EDEN, attorneys for appellant.

W. G. COCHRAN, attorney for appellees.

OPINION PER CURIAM:—As the same questions are presented to us in this case as those in number 58 (*ante*, page 486), of the docket of this term, we, for the same reasons given in our opinion in that case, reverse the order of the court below in this case.    Order reversed.